**FLEUDRELIS HOSPITALITY**
**Profit Loss Statement**
**January 1 through October 31, 2020**

**REVENUE**

| | |
|---|---:|
| Room Revenue | $ 525,711.86 |
| Pro shop Revenue | 2,536.00 |
| Miscellaneous Revenue | - |
| **Total Revenue** | **528,247.86** |

**EXPENSES**

| | |
|---|---:|
| Amortization | 72,046.67 |
| Bank Fee | 130.00 |
| Depreciation | 147,388.33 |
| Equipment Rental | - |
| Franchise Fee | 56,000.00 |
| Insurance | 7,218.00 |
| Interest Expense | 152,500.00 |
| Miscellaneous | 1,551.00 |
| Payroll | 143,545.94 |
| Payroll Tax | 8,824.86 |
| Property Tax | 69,270.00 |
| Repair & Maintenance | 2,200.00 |
| Supplies | 4,135.00 |
| Telephone | 5,250.00 |
| Utilities | 50,600.00 |
| **TOTAL EXPENSES** | **720,659.80** |
| **Net Income** | **$ (192,411.94)** |