| Company | Purpose | Type of Service | Column1 | Current Monthly Cost | Column2 | Column 3 |
|---|---|---|---|---|---|---|
| AT&T | Stay Connect | AT&T | Monthly | $ 210.12 | | |
| AT&T Directv Hardware | DirecTV Hardware and Installation | AT&T | Monthly | $ 266.81 | | |
| AT&T Directv Channel | Cable | AT&T | Monthly | $ 666.04 | | |
| Mobile Mini Solutions | Construction Containers | Containers | Monthly | $ 253.99 | | |
| Hilton | Franchise Fees | Franchise | Monthly | $ 14,000.00 | | |
| Utica National Ins. Group | Commercial Package/Auto Commercial Package | Insurance | Monthly | $ 1,073.00 | | |
| Payroll | | Payroll | BiWeekly | $ 9,929.00 | | |
| LIVCOM | Phone | Phone | Monthly | $ 548.59 | | |
| American Hotel Co. | Housekeeping Supplies | Supplier | Monthly | $ 300.00 | | |
| Guest Supply | Housekeeping Supplies | Supplier | Monthly | $ 300.00 | | |
| HD Supply | Housekeeping Supplies | Supplier | Monthly | $ 300.00 | | |

**EXHIBIT "B"**

| Company | Purpose | Type of Service | Column1 | Current Monthly Cost | Column2 | Column 3 |
|---|---|---|---|---|---|---|
| Home Depot Pro | Cleaning Supplies | Supplier | Monthly | $ 964.49 | | |
| Office Depot | Office Supplies | Supplier | Monthly | $ 300.00 | | |
| Royal Cup | Coffee/Breakfast | Supplier | Monthly | $ 300.00 | | |
| Sysco | Breakfast | Supplier | Monthly | $ 350.00 | | |
| Centerpoint | Gas | Utility | Monthly | $ 480.54 | | |
| City of Livingston | Electric and Water | Utility | Monthly | $ 6,485.12 | | |
| ECOLAB | Extermination | Vendor | Monthly | $ 165.17 | | |
| Grass Roots Lawn & Landscape | Yard Maintenance | Vendor | Monthly | $ 150.00 | | |
| Mood Media | Sound System | Vendor | Monthly | $ 38.01 | | |
| State of Texas | 6% depending on Revenue | Taxes | Monthly | $1,500.00 | | |
| | | | | $ 38,580.88 | | |

| | |
|---|---|
| INCOME | $44,020.66 |
| EXPENSES | $38,580.88 |
| NET INCOME | $5,439.78 |