**Fill in this information to identify the case:**

Debtor Name Fleurdelis Hospitality Inc.

United States Bankruptcy Court for the: Eastern District of Texas

Case number: 21-90035

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: February

Date report filed: 04/20/2021 MM / DD / YYYY

Line of business: Fleurdelis Hospitality, Inc.

NAISC code:

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Akbar Ahmed

Original signature of responsible party: Akbar Ahmed

Printed name of responsible party: Akbar Ahmed

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Fleurdelis Hospitality Inc. Case number 21-90035

17. Have you paid any bills you owed before you filed bankruptcy? ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. $ 22,352.70

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 4,669.74

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*. - $ 1,701.41

Report the total from *Exhibit D* here.

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*. + $ 2,968.33

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 25,321.03

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ ________

*(Exhibit E)*

Debtor Name Fleurdelis Hospitality Inc. Case number 21-90035

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ ________

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 10
27. What is the number of employees as of the date of this monthly report? 9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ ________
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ ________
30. How much have you paid this month in other professional fees? $ ________
31. How much have you paid in total other professional fees since filing the case? $ ________

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** | – | Column B **Actual** | = | *Column C* **Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ ________ | – | $ ________ | = | $ ________ |
| 33. **Cash disbursements** | $ ________ | – | $ ________ | = | $ ________ |
| 34. **Net cash flow** | $ ________ | – | $ ________ | = | $ ________ |

35. Total projected cash receipts for the next month: $ ________
36. Total projected cash disbursements for the next month: - $ ________
37. Total projected net cash flow for the next month: = $ ________

Debtor Name Fleurdelcs Hospitality Inc. Case number 21-90035

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 30, 2021 through February 26, 2021
Account Number: ⁾9028

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00123039 DRE 201 219 05821 NNNNNNNNNNN 1 000000000 64 0000
FLEURDELIS HOSPITALITY INC.
DBA HAMPTON INN
1510 HIGHWAY 59 LOOP S
LIVINGSTON TX 77351




## We updated the way we post certain transactions to your account

Knowing the order in which we apply deposits and withdrawals can help you better manage your account and help you avoid possible fees and overdrafts.

**What's staying the same:**
We will continue to add deposits to your account first before subtracting withdrawals. Any fees are assessed last.

**What's changing:**
During our nightly processing, we now subtract the following withdrawals from your account based on the date and time of when the transaction was authorized or shows as pending, instead of subtracting from highest to lowest dollar order:

- Automatic payments from your account, also can be referred to as ACH payments
- Checks drawn on your account, and
- Recurring debit card transactions (e.g. movie subscriptions or gym memberships)

This is how we already subtract everyday debit card transactions (e.g. groceries, gasoline or dining out), online banking transactions and ATM withdrawals.

For more information, please see the Posting Order section in the Deposit Account Agreement at **chase.com/business-deposit-disclosures**. For information about overdrafts and our overdraft services, please visit **chase.com/overdraft**.

If you have questions, please call us at the number on your statement. We accept operator relay calls.

## Our courtesy practice related to refunds

We may have provided you with a discretionary fee refund at your request or on our own in the past. Please keep in mind that while we did this as a courtesy, we are not required to process similar requests in the future.

## CHECKING SUMMARY

Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$6,472.68** |
| Deposits and Additions | 36 | 61,251.48 |
| Checks Paid | 2 | -10,767.51 |
| Electronic Withdrawals | 25 | -36,203.33 |
| Fees | 1 | -25.00 |
| **Ending Balance** | **64** | **$20,728.32** |



January 30, 2021 through February 26, 2021
Account Number: 9028

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210130 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000011461681 Eed:210201 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | $2,006.78 |
| 02/01 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210129 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000014076321 Eed:210201 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,725.67 |
| 02/01 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:013021 CO Entry Descr:Settlementsec:CCD Trace#:043301608208120 Eed:210201 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0328208120Tc | 507.08 |
| 02/02 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210131 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000017349180 Eed:210202 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,254.41 |
| 02/02 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210201 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000017353870 Eed:210202 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,053.94 |
| 02/02 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:020121 CO Entry Descr:Settlementsec:CCD Trace#:043301603697273 Eed:210202 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0333697273Tc | 112.97 |
| 02/03 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210202 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000017021780 Eed:210203 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 884.09 |
| 02/04 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210203 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000019383539 Eed:210204 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 3,347.78 |
| 02/05 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210204 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000012533975 Eed:210205 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 669.55 |
| 02/08 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210206 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000014797848 Eed:210208 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 2,377.87 |
| 02/08 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210205 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000017756576 Eed:210208 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 914.65 |
| 02/08 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:020721 CO Entry Descr:Settlementsec:CCD Trace#:043301602507891 Eed:210208 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0392507891Tc | 98.56 |
| 02/09 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210207 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000015680840 Eed:210209 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 3,517.28 |
| 02/09 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210208 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000015682335 Eed:210209 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,936.64 |
| 02/10 | Online Transfer From Chk ...0385 Transaction#: 11163356527 | 2,500.00 |
| 02/10 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210209 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000014299329 Eed:210210 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 754.85 |
| 02/10 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:020921 CO Entry Descr:Settlementsec:CCD Trace#:043301605701372 Eed:210210 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0415701372Tc | 309.87 |
| 02/11 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210210 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000013353389 Eed:210211 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 6,193.35 |
| 02/12 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210211 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000014637273 Eed:210212 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 435.96 |
| 02/16 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210213 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000014698871 Eed:210216 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 3,051.95 |



January 30, 2021 through February 26, 2021
Account Number: 39028



## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/16 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210214 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000014699608 Eed:210216 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 771.20 |
| 02/16 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210212 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000011821456 Eed:210216 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 426.86 |
| 02/17 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210216 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000016803030 Eed:210217 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,114.09 |
| 02/17 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210215 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000016799541 Eed:210217 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 718.56 |
| 02/18 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210217 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000012703402 Eed:210218 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,453.61 |
| 02/19 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210218 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000011089386 Eed:210219 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 3,458.65 |
| 02/22 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210219 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000015666542 Eed:210222 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 8,445.33 |
| 02/22 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210220 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000010813421 Eed:210222 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,867.20 |
| 02/22 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:021921 CO Entry Descr:Settlementsec:CCD Trace#:043301607047608 Eed:210222 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0537047608Tc | 526.30 |
| 02/22 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:022021 CO Entry Descr:Settlementsec:CCD Trace#:043301608643976 Eed:210222 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0538643976Tc | 106.32 |
| 02/23 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210222 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000012159580 Eed:210223 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 2,034.74 |
| 02/23 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210221 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000012158014 Eed:210223 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,900.97 |
| 02/23 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:022221 CO Entry Descr:Settlementsec:CCD Trace#:043301601420611 Eed:210223 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0541420611Tc | 104.66 |
| 02/24 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210223 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000011353436 Eed:210224 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 3,250.69 |
| 02/25 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210224 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000014140903 Eed:210225 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 545.22 |
| 02/26 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210225 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000019853619 Eed:210226 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 873.83 |
| **Total Deposits and Additions** | | **$61,251.48** |



January 30, 2021 through February 26, 2021
Account Number: 39028

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1079 ^ | | 02/11 | $7,795.96 |
| 1080 ^ | | 02/25 | 2,971.55 |
| **Total Checks Paid** | | | **$10,767.51** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | Orig CO Name:Att Capital Srvs Orig ID:7742782655 Desc Date: CO Entry Descr:Monthly Ddsec:PPD Trace#:051000014095199 Eed:210201 Ind ID: Ind Name:Fleurdelis Hospitality Trn: 0324095199Tc | $266.81 |
| 02/02 | Orig CO Name:ADP Wage Pay Orig ID:9333006057 Desc Date:210202 CO Entry Descr:Wage Pay Sec:CCD Trace#:021000022322923 Eed:210202 Ind ID:925917558569S2H Ind Name:Fleurdelis Hospitality | 7,317.02 |
| 02/02 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210131 CO Entry Descr:Merch Fee Sec:CCD Trace#:042000017350026 Eed:210202 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 691.81 |
| 02/03 | Orig CO Name:ADP Tax Orig ID:1223006057 Desc Date:210203 CO Entry Descr:ADP Tax Sec:CCD Trace#:021000020369336 Eed:210203 Ind ID:K7S2H 020301A01 Ind Name:Fleurdelis Hospitality | 2,001.60 |
| 02/03 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:020221 CO Entry Descr:Settlementsec:CCD Trace#:043301607054671 Eed:210203 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0347054671Tc | 1.86 |
| 02/05 | 02/05 Online Payment 11039828640 To AT&T Wifi | 196.65 |
| 02/05 | 02/05 Online Payment 11136156068 To Directv | 670.29 |
| 02/08 | 02/08 Online Payment 11154984148 To Courtesy Products | 397.96 |
| 02/09 | Orig CO Name:Mobile Mini Orig ID:1860748362 Desc Date:A21039 CO Entry Descr:8004561751Sec:PPD Trace#:091000015372854 Eed:210209 Ind ID: Ind Name:Akbar Ahmed Trn: 0405372854Tc | 108.50 |
| 02/10 | Orig CO Name:Sysco Corporatio Orig ID:9004514834 Desc Date: CO Entry Descr:Payment Sec:CCD Trace#:021000025707987 Eed:210210 Ind ID:Usbl067016899S Ind Name:Fleurdelis Hospitaity Trn: 0415707987Tc | 228.94 |
| 02/10 | 02/10 Online Domestic Wire Transfer A/C: Hilton Domestic Operating Company Memphis TN 38117-4906 US Ref: 02-035500 Trn: 3122111041Es | 10,000.00 |
| 02/11 | Orig CO Name:Ovation Lockbox Orig ID:611684116 Desc Date:210211 CO Entry Descr:Debits Sec:PPD Trace#:061100603327897 Eed:210211 Ind ID: Ind Name:Fleurdelis Hospitality Trn: 0423327897Tc | 1,404.36 |
| 02/12 | Orig CO Name:ADP Payroll Fees Orig ID:9659605001 Desc Date:210212 CO Entry Descr:ADP - Feessec:CCD Trace#:021000029804739 Eed:210212 Ind ID:2Rs2H 1450808 Ind Name:Fleurdelis Hospitality | 57.29 |
| 02/12 | 02/12 Online Paymer 35931 To Uniguest | 1,940.74 |
| 02/12 | 02/12 Online Payme 70498 To Uniguest | 127.10 |
| 02/12 | 02/12 Online Paym 78306 To Vegas Micro | 222.17 |
| 02/16 | Orig CO Name:Ecolab Inc. Orig ID:3410231510 Desc Date:210211 CO Entry Descr:Epay Sec:PPD Trace#:021000021715313 Eed:210216 Ind ID: Ind Name:Hampton Inn & Sui Trn: 0471715313Tc | 165.17 |
| 02/16 | Orig CO Name:Cpenergy Entex Orig ID:176051140D Desc Date: CO Entry Descr:Ent ACH Ebsec:Web Trace#:021000022330992 Eed:210216 Ind ID:006401895506 Ind Name:Cnp | 668.10 |
| 02/16 | 02/16 Online Payme 29792 To Webbmason Marketing | 13.15 |
| 02/17 | Orig CO Name:Usconnect Servic Orig ID:9000671165 Desc Date:021721 CO Entry Descr:Web Pmts Sec:Web Trace#:111924680048930 Eed:210217 Ind ID:T4M9Wf Ind Name:Fleurdelis | 554.61 |



January 30, 2021 thro... ...26, 2021
Account Number: ...9028



## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/18 | Orig CO Name:ADP Wage Pay Orig ID:9333006057 Desc Date:210218 CO Entry Descr:Wage Pay Sec:CCD Trace#:021000029685066 Eed:210218 Ind ID:940516392150S2H Ind Name:Fleurdelis Hospitality | 5,856.66 |
| 02/18 | Orig CO Name:ADP Tax Orig ID:1223006057 Desc Date:210218 CO Entry Descr:ADP Tax Sec:CCD Trace#:021000029640047 Eed:210218 Ind ID:K7S2H 021802A01 Ind Name:Fleurdelis Hospitality | 1,534.57 |
| 02/19 | Orig CO Name:ADP Pay-By-Pay Orig ID:9555555505 Desc Date:210219 CO Entry Descr:Pay-By-Paysec:CCD Trace#:021000020791637 Eed:210219 Ind ID:940516392151S2H Ind Name:Fleurdelis Hospitality | 76.56 |
| 02/24 | Orig CO Name:Webfile Tax Pymt Orig ID:2146000311 Desc Date: CO Entry Descr:Dd Sec:CCD Trace#:021000021436751 Eed:210224 Ind ID:902/01598589 Ind Name:33311/12345/EDI/Xml - | 1,629.53 |
| 02/26 | Orig CO Name:ADP Payroll Fees Orig ID:9659605001 Desc Date:210226 CO Entry Descr:ADP - Feessec:CCD Trace#:021000021873022 Eed:210226 Ind ID:2Rs2H 6459307 Ind Name:Fleurdelis Hospitality | 71.88 |
| **Total Electronic Withdrawals** | | **$36,203.33** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/10 | Online Domestic Wire Fee | $25.00 |
| **Total Fees** | | **$25.00** |

The monthly service fee of $12.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 02/01 | $10,445.40 | 02/10 | 8,538.23 | 02/19 | 5,746.02 |
| 02/02 | 4,857.89 | 02/11 | 5,531.26 | 02/22 | 16,691.17 |
| 02/03 | 3,738.52 | 02/12 | 3,619.92 | 02/23 | 20,731.54 |
| 02/04 | 7,086.30 | 02/16 | 7,023.51 | 02/24 | 22,352.70 |
| 02/05 | 6,888.91 | 02/17 | 8,301.55 | 02/25 | 19,926.37 |
| 02/08 | 9,882.03 | 02/18 | 2,363.93 | 02/26 | 20,728.32 |
| 02/09 | 15,227.45 | | | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 20 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **20** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |



January 30, 2021 through February 26, 2021
Account Number: [illegible]9028

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC




**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 27, 2021 through March 31, 2021
Account Number: ...9028

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00128936 DRE 201 219 09121 NNNNNNNNNNN 1 000000000 64 0000
FLEURDELIS HOSPITALITY INC. DBA HAMPTON
INN DEBTOR-IN-POSSESSION 21-90035
1510 HIGHWAY 59 LOOP S
LIVINGSTON TX 77351



## CHECKING SUMMARY

Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$20,728.32** |
| Deposits and Additions | 46 | 67,583.66 |
| Checks Paid | 9 | -7,386.73 |
| Electronic Withdrawals | 20 | -37,178.29 |
| Fees | 4 | -100.00 |
| **Ending Balance** | **79** | **$43,646.96** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | Remote Online Deposit 1 | $39.79 |
| 03/01 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210226 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000012154217 Eed:210301 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 6,515.96 |
| 03/01 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210227 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000015920981 Eed:210301 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 3,029.24 |
| 03/01 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:022821 CO Entry Descr:Settlementsec:CCD Trace#:043301609838480 Eed:210301 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0609838480Tc | 3.07 |
| 03/02 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210301 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000017581864 Eed:210302 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 3,510.56 |
| 03/02 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210228 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000017574612 Eed:210302 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 2,217.53 |
| 03/02 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:030121 CO Entry Descr:Settlementsec:CCD Trace#:043301608224793 Eed:210302 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0618224793Tc | 180.35 |
| 03/03 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210302 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000015295663 Eed:210303 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,119.92 |
| 03/03 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:030221 CO Entry Descr:Settlementsec:CCD Trace#:043301602498298 Eed:210303 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0622498298Tc | 81.76 |
| 03/04 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210303 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000019761113 Eed:210304 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 615.36 |



February 27, 2021 through March 31, 2021
Account Nu 9028

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/05 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210304 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000015363317 Eed:210305 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,178.70 |
| 03/08 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210305 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000012083850 Eed:210308 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,848.91 |
| 03/08 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210306 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000010273007 Eed:210308 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 861.00 |
| 03/08 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:030521 CO Entry Descr:Settlementsec:CCD Trace#:043301603483421 Eed:210308 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0673483421Tc | 90.73 |
| 03/09 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210308 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000011980090 Eed:210309 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,762.37 |
| 03/09 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210307 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000011978376 Eed:210309 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,007.28 |
| 03/10 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:030921 CO Entry Descr:Settlementsec:CCD Trace#:043301602360339 Eed:210310 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0692360339Tc | 557.91 |
| 03/10 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210309 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000011223276 Eed:210310 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 336.91 |
| 03/11 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210310 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000018880075 Eed:210311 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,400.28 |
| 03/12 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210311 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000019652422 Eed:210312 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,186.20 |
| 03/15 | Remote Online Deposit 1 | 25.51 |
| 03/15 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210313 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000016854482 Eed:210315 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 2,934.63 |
| 03/15 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210312 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000018871867 Eed:210315 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 2,233.36 |
| 03/16 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210315 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000010167524 Eed:210316 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,246.48 |
| 03/16 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210314 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000010166022 Eed:210316 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,135.79 |
| 03/16 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:031521 CO Entry Descr:Settlementsec:CCD Trace#:043301607446166 Eed:210316 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0757446166Tc | 132.92 |
| 03/17 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210316 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000017167468 Eed:210317 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,305.80 |
| 03/18 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210317 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000019222374 Eed:210318 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,039.33 |
| 03/19 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210318 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000010503987 Eed:210319 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 5,122.86 |
| 03/19 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210319 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000017446385 Eed:210319 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 2,258.73 |



February 27, 2021 through March 31, 2021
Account Number: ···39028



## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/19 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:031821 CO Entry Descr:Settlementsec:CCD Trace#:043301609806979 Eed:210319 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0789806979Tc | 396.94 |
| 03/22 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210320 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000012988328 Eed:210322 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 2,780.58 |
| 03/23 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210321 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000013372719 Eed:210323 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 2,347.61 |
| 03/23 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210322 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000013374255 Eed:210323 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 2,329.78 |
| 03/24 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210323 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000013079778 Eed:210324 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,100.05 |
| 03/24 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:032321 CO Entry Descr:Settlementsec:CCD Trace#:043301604419105 Eed:210324 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0834419105Tc | 413.77 |
| 03/25 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210324 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000010128259 Eed:210325 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,141.27 |
| 03/25 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:032421 CO Entry Descr:Settlementsec:CCD Trace#:043301600447994 Eed:210325 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0840447994Tc | 98.00 |
| 03/26 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210325 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000017152201 Eed:210326 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,256.03 |
| 03/29 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210327 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000013555007 Eed:210329 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 2,684.78 |
| 03/29 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210326 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000010113030 Eed:210329 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 1,491.72 |
| 03/29 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:032621 CO Entry Descr:Settlementsec:CCD Trace#:043301602061729 Eed:210329 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0882061729Tc | 96.19 |
| 03/30 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210329 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000018250734 Eed:210330 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 3,108.11 |
| 03/30 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210328 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000018249216 Eed:210330 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 2,322.38 |
| 03/31 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210330 CO Entry Descr:Merch Dep Sec:CCD Trace#:042000013839100 Eed:210331 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | 930.89 |
| 03/31 | Orig CO Name:Discover Network Orig ID:1510020270 Desc Date:033021 CO Entry Descr:Settlementsec:CCD Trace#:043301603634421 Eed:210331 Ind ID:601100136026747 Ind Name:Fleurdelis Hospitality Trn: 0903634421Tc | 106.32 |
| **Total Deposits and Additions** | | **$67,583.66** |



February 27, 2021 through March 31, 2021
Account Numl 39028

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1081 ^ | | 03/09 | $688.53 |
| 1082 ^ | | 03/12 | 506.83 |
| 1083 ^ | | 03/09 | 601.03 |
| 1084 ^ | | 03/09 | 164.40 |
| 1085 ^ | | 03/12 | 508.00 |
| 1087 * ^ | | 03/12 | 131.40 |
| 1088 ^ | | 03/12 | 888.79 |
| 1089 ^ | | 03/09 | 595.00 |
| 1090 ^ | | 03/17 | 3,302.75 |
| **Total Checks Paid** | | | **$7,386.73** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | Orig CO Name:Merchant Service Orig ID:1841010148 Desc Date:210228 CO Entry Descr:Merch Fee Sec:CCD Trace#:042000017575500 Eed:210302 Ind ID:8034015910 Ind Name:Hampton Inn Livingston | $1,724.49 |
| 03/04 | Orig CO Name:Att Capital Srvs Orig ID:7742782655 Desc Date: CO Entry Descr:Monthly Ddsec:PPD Trace#:051000019753199 Eed:210304 Ind ID: Ind Name:Fleurdelis Hospitality Trn: 0639753199Tc | 266.81 |
| 03/08 | 03/08 Online Payment 11132764290 To AT&T Wifi | 196.65 |
| 03/08 | Orig CO Name:Ronnie Patel Ins Orig ID:760663835 Desc Date:210308 CO Entry Descr:03/08 Sec:CCD Trace#:113113399345810 Eed:210308 Ind ID:378839028 Ind Name:Fleurdelis Hospitality Prop, Gl & Umb Dp | 6,417.57 |
| 03/09 | Orig CO Name:Mobile Mini Orig ID:1860748362 Desc Date:A21067 CO Entry Descr:8004561751Sec:PPD Trace#:091000011383077 Eed:210309 Ind ID: Ind Name:Akbar Ahmed Trn: 0681383077Tc | 108.50 |
| 03/10 | 03/10 Online Domestic Wire Transfer Via: Dbtco Americas Nyc/021001033 A/C: ADP New York NY 100052858 US Ref:/Bnf/ADP Imad: 0310B1Qgc08C007089 Trn: 3162261069Es | 1,035.64 |
| 03/11 | 03/11 Online Payment 11136177990 To Directv | 670.28 |
| 03/11 | 03/11 Online Payment 11349644042 To Mood Media | 38.01 |
| 03/11 | 03/11 Online Domestic Wire Transfer A/C: Hilton Domestic Operating Company Memphis TN 38117-4906 US Ref: 02-035500 Trn: 3130651070Es | 10,000.00 |
| 03/15 | Orig CO Name:Sysco Corporatio Orig ID:9004514834 Desc Date: CO Entry Descr:Payment Sec:CCD Trace#:021000029394861 Eed:210315 Ind ID:Usbl067016899S Ind Name:Fleurdelis Hospitality Trn: 0749394861Tc | 341.57 |
| 03/15 | Orig CO Name:Hd Supply Fm Orig ID:9087438010 Desc Date:031221 CO Entry Descr:Bt0312 Sec:CCD Trace#:021000029409020 Eed:210315 Ind ID:000000133065828 Ind Name:Akbar M Ahmed | 261.06 |
| 03/16 | Orig CO Name:Usconnect Servic Orig ID:9000671165 Desc Date:031621 CO Entry Descr:Web Pmts Sec:Web Trace#:111924682613509 Eed:210316 Ind ID:9Gpg1G Ind Name:Fleurdelis | 591.60 |
| 03/16 | Orig CO Name:Cpenergy Entex Orig ID:176051140D Desc Date: CO Entry Descr:Ent ACH Ebsec:Web Trace#:021000027057843 Eed:210316 Ind ID:006401895506 Ind Name:Cnp | 810.81 |
| 03/16 | Orig CO Name:Ronnie Patel Ins Orig ID:760663835 Desc Date:210316 CO Entry Descr:03-16 Sec:CCD Trace#:113113394151485 Eed:210316 Ind ID:378839028 Ind Name:Fleurdelis Hospitality Tria Full | 2,623.12 |
| 03/17 | 03/17 Online Domestic Wire Transfer Via: Dbtco Americas Nyc/021001033 A/C: ADP New York NY 100052858 US Ref: ADP/Bnf/ADP Imad: 0317B1Qgc02C000761 Trn: 3077181076Es | 5,055.60 |



February 27, 2021 through March 31, 2021
Account Number: 9028



## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/19 | Orig CO Name:ADP Payroll Fees Orig ID:9659605001 Desc Date:210319 CO Entry Descr:ADP - Feessec:CCD Trace#:021000024844275 Eed:210319 Ind ID:2Rs2H 8696574 Ind Name:Fleurdelis Hospitality | 70.46 |
| 03/22 | Orig CO Name:Ecolab Inc. Orig ID:3410231510 Desc Date:210316 CO Entry Descr:Epay Sec:PPD Trace#:021000027589204 Eed:210322 Ind ID: Ind Name:Hampton Inn & Sui Trn: 0817589204Tc | 165.17 |
| 03/23 | Orig CO Name:Webfile Tax Pymt Orig ID:2146000311 Desc Date: CO Entry Descr:Dd Sec:CCD Trace#:021000023574122 Eed:210323 Ind ID:902/01887419 Ind Name:33311/12345/EDI/Xml - | 1,485.00 |
| 03/26 | Orig CO Name:ADP Payroll Fees Orig ID:9659605001 Desc Date:210326 CO Entry Descr:ADP - Feessec:CCD Trace#:021000024756147 Eed:210326 Ind ID:2Rs2H 9611372 Ind Name:Fleurdelis Hospitality | 69.05 |
| 03/31 | 03/31 Online Domestic Wire Transfer Via: Dbtco Americas Nyc/021001033 A/C: ADP New York NY 100052858 US Ref:/Bnf/ADP Imad: 0331B1Qgc08C008708 Trn: 3168111090Es | 5,246.90 |
| **Total Electronic Withdrawals** | | **$37,178.29** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/10 | Online Domestic Wire Fee | $25.00 |
| 03/11 | Online Domestic Wire Fee | 25.00 |
| 03/17 | Online Domestic Wire Fee | 25.00 |
| 03/31 | Online Domestic Wire Fee | 25.00 |
| **Total Fees** | | **$100.00** |

The monthly service fee of $12.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 03/01 | $30,316.38 | 03/11 | 24,529.04 | 03/23 | 34,238.40 |
| 03/02 | 34,500.33 | 03/12 | 23,680.22 | 03/24 | 35,752.22 |
| 03/03 | 35,702.01 | 03/15 | 28,271.09 | 03/25 | 36,991.49 |
| 03/04 | 36,050.56 | 03/16 | 26,760.75 | 03/26 | 38,178.47 |
| 03/05 | 37,229.26 | 03/17 | 19,683.20 | 03/29 | 42,451.16 |
| 03/08 | 33,415.68 | 03/18 | 20,722.53 | 03/30 | 47,881.65 |
| 03/09 | 34,027.87 | 03/19 | 28,430.60 | 03/31 | 43,646.96 |
| 03/10 | 33,862.05 | 03/22 | 31,046.01 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 26 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **26** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |



February 27, 2021 through March 31, 2021
Account Number: 39028

## SERVICE CHARGE SUMMARY *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC




**JPMorgan Chase Bank, N.A. Member FDIC**